**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:24-cv-20751-PCH**

KELLY PINN, individually and on behalf of
all others similarly situated,

        Plaintiff,

v.

PINI INSURANCE, LLC, and
LEADZER INSURANCE SERVICES,

        Defendants.

_____/

**CLASS ACTION**

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court upon the Parties' Joint Stipulation of Dismissal Without Prejudice **[ECF No. 19]**, filed on October 30, 2024.  The Parties advise the Court that, pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(ii), they wish to voluntarily dismiss this action without prejudice.  Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**. All pending motions are denied as moot, and the case is **CLOSED**. Each party shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Miami, Florida, on October 31, 2024.

_____
Paul C. Huck
United States District Judge

CC: All Counsel of Record